EDWIN R. LA VIN, Appellant, v. RUSSELL C. LA VIN et al., Respondents, et al., Defendants.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

EDWIN R. LA VIN, Respondent, v. RUSSELL C. LA VIN et al., Defendants, and LEBIS HOTEL MANAGEMENT CORP. et al., Appellants.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

WILLIAM G. PIKE, Plaintiff, v. BALMAR CONSTRUCTION CO., INC., Defendant and Third-Party Plaintiff-Respondent. NORWOOD STEEL AND IRON WORKS, INC., Third-Party Defendant-Appellant.—

No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur. [200 Misc. 374.] [See *post*, p. 656.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY J. CAFARELLI, Appellant.—

No opinion. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP DE LAVORE, Appellant.—

No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM JULIANO, Appellant.—

No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.